1   Neil A. Goteiner (State Bar No. 083524)
      ngoteiner@fbm.com
2   Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
3   San Francisco, CA  94104
    Telephone:  (415) 954-4400
4   Facsimile:  (415) 954-4480

5

6   Attorneys for Defendant AUTONOMY, INC. and
    Defendant HEWLETT-PACKARD COMPANY

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

                      SAN JOSE DIVISION
10

11  MICROTECHNOLOGIES, LLC,              Case No.  15-cv-2220

12              Plaintiff,               **STIPULATION AND []**
                                         **ORDER FOR CONTINUANCE OF**
13      vs.                              **TIME TO RESPOND TO COMPLAINT**

14  AUTONOMY, INC. (also known as HP
    AUTONOMY),
15

16              Defendant,

17  and

18  HEWLETT-PACKARD COMPANY,

19              Nominal Defendant.

20

21        This Stipulation is entered into by and among MicroTechnologies, LLC, Plaintiff, and

22  Defendants Autonomy, Inc. and Nominal Defendant Hewlett-Packard Company ("HP"), by and

23  through their respective counsel.

24                      **STIPULATION**

25        WHEREAS, Nominal Defendant HP's and Defendant Autonomy Inc.'s (referred to

26  collectively as "Defendants") responses to MicroTechnologies, LLC's ("MicroTechnologies")

27  Complaint are presently due June 10, 2015; and

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ORDER –
Case No. 15-cv-2220

29320\4919470.2

1    WHEREAS, Defendants request until June 30, 2015, to respond to MicroTechnologies'

2    Complaint, and MicroTechnologies assents to such requested extension;

3    NOW, THEREFORE, subject to the Court's approval, IT IS HEREBY STIPULATED

4    AND AGREED, by and among Defendants and MicroTechnologies that:

5    Defendants  may file their respective responses to MicroTechnologies' Complaint on

6    June 30, 2015.

7

8

9    **IT IS SO STIPULATED**

10

11   Dated: June 8, 2015                          Farella Braun + Martel LLP

12

13                                                By: /s/ Neil A. Goteiner
                                                  Neil A. Goteiner
14                                                FARELLA BRAUN + MARTEL LLP
                                                  235 Montgomery Street, 17th Floor
15                                                San Francisco, CA  94104

16

17                                                *Attorneys for Defendants*
                                                  AUTONOMY, INC., and HEWLETT-
18                                                PACKARD COMPANY

     Dated: June 8, 2015
19

20                                                By: /s/  Geoffrey C. Rushing
                                                  R. Alexander Saveri
21                                                Geoffrey C. Rushing
                                                  Cadio Zirpoli
22                                                SAVERI & SAVERI, INC.
                                                  706 Sansome Street
23                                                San Francisco, CA  94111

24                                                *Attorneys for Plaintiff*
                                                  MicroTechnologies, LLC
25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ORDER –
Case No. 15-cv-2220                    - 2 -                        29320\4919470.2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION OF CONCURRENCE IN FILING

I, Neil A. Goteiner, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order for Continuance of Time to Respond to Complaint. In compliance with N.D. Cal. L.R. 5-1(i)(3), I hereby attest that Geoffrey C. Rushing has concurred in this filing.

Farella Braun + Martel LLP


 /s/ Neil A. Goteiner
Neil A. Goteiner

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER –
Case No. 15-cv-2220

- 3 -

29320\4919470.2

1

## [] ORDER

2

3
Pursuant to the Stipulation, IT IS ORDERED THAT:

4
       Defendants' time to respond to Plaintiffs' Complaint is extended until June 30, 2015.

5
       **IT IS SO ORDERED.**

6
Dated:  June ___, 2015

_____

               Hon. Ronald M. Whyte

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ORDER –
Case No. 15-cv-2220

- 4 -

29320\4919470.2