R. ALEXANDER SAVERI (173102)
  *rick@saveri.com*
GEOFFREY C. RUSHING (126910)
  *grushing@saveri.com*
CADIO ZIRPOLI (179108)
  *cadio@saveri.com*
TRAVIS L. MANFREDI (281779)
  *travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

BENJAMIN D. BIANCO (*pro hac vice pending*)
  *bbianco@frankandbianco.com*
FRANK & BIANCO LLP
275 Madison Avenue, Suite 705
New York, New York 10016
Telephone: 212-628-1853
Facsimile: 212-682-1892

*Counsel for Plaintiff
MicroTechnologies, LLC*

NEIL A. GOTEINER (083524)
  *ngoteiner@fbm.com*
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:   (415) 954-4400
Facsimile:    (415) 954-4480

*Attorneys for Defendants
AUTONOMY, INC. and HEWLETT-PACKARD
COMPANY and for non-party AUTONOMY
SYSTEMS LIMITED*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MICROTECHNOLOGIES, LLC,,<br><br>          Plaintiff,<br><br>     vs.<br><br>AUTONOMY, INC. (also known as HP AUTONOMY)<br><br>          Defendant,<br><br>and<br><br>HEWLETT-PACKARD COMPANY,<br><br>Nominal Defendant. | Case No. 15-cv-2220 RMW<br><br>**STIPULATION AND []<br>ORDER RE BRIEFING SCHEDULE<br>FOR UPCOMING MOTIONS** |

1    This Stipulation is entered into by and among Plaintiff MicroTechnologies, LLC ("MicroTech"); Defendant Autonomy, Inc.; Nominal Defendant Hewlett-Packard Company ("HP"); and non-party Autonomy Systems Limited ("ASL") by and through their respective counsel.

## STIPULATION

WHEREAS, HP filed Nominal Defendant Hewlett-Packard Co.'s Motion to Dismiss Complaint With Prejudice (Dkt. No. 12) ("HP Motion") on June 29, 2015;

WHEREAS, ASL filed Non-Party Autonomy Systems Limited's Motion to Intervene (Dkt. No. 13) ("ASL Motion") on June 29, 2015;

WHEREAS, Defendant Autonomy, Inc. filed Defendant-Counterclaim-Plaintiff Autonomy, Inc.'s Answer and Counterclaim (Dkt. No. 11) ("Counterclaim") on June 29, 2015;

WHEREAS, MicroTech's responses to the HP Motion and the ASL Motion are currently due on July 13, 2015, and HP and ASL's replies are currently due on July 20, 2015;

WHEREAS, MicroTech's response to the Counterclaim is currently due on July 23, 2015;

WHEREAS, MicroTech requests until August 13, 2015 to respond to the HP Motion, the ASL Motion, and the Counterclaim, and HP, ASL, and Autonomy, Inc. assent to such requested extension;

WHEREAS, HP and ASL request until August 20, 2015 to file their replies to Micro Tech's responses to the HP Motion and the ASL Motion, and MicroTech assents to such requested extension;

WHEREAS, the hearings on the HP Motion and the ASL Motion are currently set for August 21, 2015;

WHEREAS, MicroTech requests that the hearing date be continued to September 11, 2015 at 9:00 a.m., and HP, ASL, and Autonomy, Inc. assent to such requested continuance;

NOW, THEREFORE, subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED, by and among MicroTech, HP, ASL, and Autonomy, Inc. that:

- MicroTech may file its responses to the HP Motion and the ASL Motion on or before August 13, 2015;
- MicroTech may respond to the Counterclaim on or before August 13, 2015;
- HP and ASL may file any reply briefs in support of the HP Motion and ASL Motion on or before August 20, 2015; and
- The hearings on the HP Motion and ASL Motion are continued to September 11, 2015.

**IT IS SO STIPULATED**

DATED:  July 10, 2015                    */s/ Geoffrey C. Rushing*
                                          R. Alexander Saveri
                                          Geoffrey C. Rushing
                                          Cadio Zirpoli
                                          Travis L. Manfredi
                                          **SAVERI & SAVERI, INC.**
                                          706 Sansome Street
                                          San Francisco, CA 94111
                                          Telephone:     (415) 217-6810
                                          Facsimile:     (415) 217-6813

                                          BENJAMIN D. BIANCO (*pro hac vice pending*)
                                          *bbianco@frankandbianco.com*
                                          FRANK & BIANCO LLP
                                          275 Madison Avenue, Suite 705
                                          New York, New York  10016
                                          Telephone:  212-628-1853
                                          Facsimile:  212-682-1892

                                          *Counsel for Plaintiff*
                                          *MICROTECHNOLOGIES, LLC*

| | |
|---|---|
| DATED:  July 10, 2015 | */s/ Neil A. Goteiner* |
| | Neil A. Goteiner |
| | **FARELLA BRAUN + MARTEL LLP** |
| | 235 Montgomery Street, 17th Floor |
| | San Francisco, CA  94104 |
| | Telephone:     (415) 954-4400 |
| | Facsimile:     (415) 954-4480 |
| | |
| | *Attorneys for Defendants* |
| | *AUTONOMY, INC. and HEWLETT-PACKARD* |
| | *COMPANY and for non-party AUTONOMY* |
| | *SYSTEMS LIMITED* |

**PURSUANT TO STIPULATION,  IT IS SO ORDERED.**

Dated: _____        _____
                                     Hon. Ronald M. Whyte
                                     United States District Judge