R. ALEXANDER SAVERI (173102)
  *rick@saveri.com*
GEOFFREY C. RUSHING (126910)
  *grushing@saveri.com*
CADIO ZIRPOLI (179108)
  *cadio@saveri.com*
TRAVIS L. MANFREDI (281779)
  *travis@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

BENJAMIN D. BIANCO (*pro hac vice pending*)
  *bbianco@frankandbianco.com*
FRANK & BIANCO LLP
275 Madison Avenue, Suite 705
New York, New York  10016
Telephone:  212-628-1853
Facsimile:  212-682-1892

*Counsel for Plaintiff*
*MicroTechnologies, LLC*

NEIL A. GOTEINER (083524)
  *ngoteiner@fbm.com*
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:   (415) 954-4400
Facsimile:    (415) 954-4480

*Attorneys for Defendants*
*AUTONOMY, INC. and HEWLETT-PACKARD COMPANY and for non-party AUTONOMY SYSTEMS LIMITED*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MICROTECHNOLOGIES, LLC,<br><br>           Plaintiff,<br><br>     vs.<br><br>AUTONOMY, INC. (also known as HP AUTONOMY)<br><br>           Defendant,<br><br>and<br><br>HEWLETT-PACKARD COMPANY,<br><br>Nominal Defendant. | Case No. 15-cv-2220 RMW<br><br>**STIPULATION AND []**<br>**ORDER RE CASE MANAGEMENT**<br>**AND ADR DEADLINES** |

1   This Stipulation is entered into by and among Plaintiff MicroTechnologies, LLC ("MicroTech"); Defendant Autonomy, Inc.; and Nominal Defendant Hewlett-Packard Company ("HP") by and through their respective counsel.

**STIPULATION**

WHEREAS, on May 19, 2015, the Court entered its Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 4) ("CM Order");

WHEREAS, the CM Order sets July 28, 2015 as the deadlines to (1) meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan; (2) file ADR Certification; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

WHEREAS, the CM Order sets August 11, 2015 as the deadlines to (1) file Rule 26(f) Report; (2) complete initial disclosures; and (3) file Joint Case Management Statement;

WHEREAS, the CM Order sets the Initial Case Management Conference for August 18, 2015 at 1:30 p.m.;

WHEREAS, the primary attorney for Plaintiff, Benjamin Bianco is in the process of transitioning to a different law firm, which will be coming into this case;

WHEREAS, all parties agree to postpone the deadlines set forth in the CM Order;

WHEREAS, there are two motions in this action presently set for 9:00 a.m. on September 11, 2015;

NOW, THEREFORE, subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED, by and among MicroTech, HP, and Autonomy, Inc. that:

- the deadlines to (1) meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan; (2) file ADR Certification; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference are continued for two weeks until August 11, 2015;
- the deadlines to (1) file Rule 26(f) Report; (2) complete initial disclosures; and (3) file Joint Case Management Statement are continued for two weeks until August 25, 2015
- the Initial Case Management Conference is continued for three weeks until September 11, 2015 at 9:00 a.m.

**IT IS SO STIPULATED**

| | | |
|---|---|---|
| 1 | DATED:  July 28, 2015 | */s/ Geoffrey C. Rushing* |
| 2 | | R. Alexander Saveri |
| | | Geoffrey C. Rushing |
| 3 | | Cadio Zirpoli |
| | | Travis L. Manfredi |
| 4 | | **SAVERI & SAVERI, INC.** |
| | | 706 Sansome Street |
| 5 | | San Francisco, CA 94111 |
| | | Telephone:     (415) 217-6810 |
| 6 | | Facsimile:     (415) 217-6813 |

BENJAMIN D. BIANCO (*pro hac vice pending*)
bbianco@frankandbianco.com
FRANK & BIANCO LLP
275 Madison Avenue, Suite 705
New York, New York  10016
Telephone:  212-628-1853
Facsimile:  212-682-1892

*Counsel for Plaintiff*
*MICROTECHNOLOGIES, LLC*

DATED:  July 28, 2015       */s/ Neil A. Goteiner*
Neil A. Goteiner
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:     (415) 954-4400
Facsimile:     (415) 954-4480

*Attorneys for Defendants*
*AUTONOMY, INC. and HEWLETT-PACKARD*
*COMPANY and for non-party AUTONOMY*
*SYSTEMS LIMITED*

**PURSUANT TO STIPULATION,  IT IS SO ORDERED.**

Dated:  ì䌋䌋í

_____
Hon. Ronald M. Whyte
United States District Judge