UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROTECHNOLOGIES, LLC,<br>Plaintiff,<br>v.<br>AUTONOMY, INC., et al.,<br>Defendants. | Case No. 15-cv-02220-JCS<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br>Re: Dkt. No. 201 |

Non-party Sushovan Hussain moved to file under seal a motion for a protective order barring Hewlett-Packard Company, which is not itself a party to this action but which controls Defendants Autonomy, Inc. and Autonomy Systems Limited (collectively, "Autonomy"), from disclosing Hussain's deposition transcript in response to a grand jury subpoena. *See* dkt. 201. The Court previously issued an order to show cause (dkt. 203) indicating that the motion would be denied unless the subpoena was subject to a non-disclosure order. Hussain and Autonomy have responded to the order to show cause stating that they are not aware of any non-disclosure order. *See* dkts. 204, 205. The motion to file under seal is therefore DENIED, and the order to show cause is hereby UNSEALED.

In his response to the order to show cause, Hussain also stated his intent to withdraw the motion for a protective order in light of the fact that this Court already denied the motion and directed Hussain to pursue his request in a separate action before the Honorable Susan Illston as a motion to quash the subpoena. The Court will defer to Judge Illston as to whether the motion—which also serves as the initiating filing in the new action seeking to quash the subpoena—must be publicly filed. The parties therefore need not take any action in response to this order.

**IT IS SO ORDERED.**

Dated: November 2, 2018

JOSEPH C. SPERO
Chief Magistrate Judge